UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL BATH, et al.,<br>Plaintiffs,<br>v.<br>MARCO RUBIO, et al.,<br>Defendants. | Case No. 4:26-cv-06079-KAW<br><br>ORDER TO SHOW CAUSE TO PLAINTIFFS' COUNSEL |

This action was filed on June 18, 2026. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 90 days to complete service of the complaint and summons on Defendant, such that September 16, 2026 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. To date, no proof of service has been filed. Instead of timely serving this lawsuit,[1] Plaintiffs' counsel Frank Sprouls filed a motion to withdraw as counsel on September 16, 2026. (*See* Dkt. No. 9.)

IT IS HEREBY ORDERED that by no later than **November 16, 2026**, Plaintiffs shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. Failure to respond to this order to show cause by the November 16, 2026 deadline will result in the case being reassigned to a district judge with the recommendation that it be dismissed for failure to comply with a court order.

Alternatively, since it appears that counsel will be ineligible to practice law as of November 17, 2026, he has not served Defendants, and he has not located new counsel for his

[1] The Court notes that a proposed summons was not filed, and that no summons has issued.

United States District Court
Northern District of California

clients—who do not appear capable of prosecuting this case pro se—Plaintiffs' interests may be better served by dismissing this case without prejudice. This would permit them to refile this case once they obtain new counsel, rather than risking the case being dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

Finally, Mr. Sprouls is ordered to serve his clients with this order by email within 24 hours and immediately file a certificate of service on the docket.

**IT IS SO ORDERED.**

Dated: November 12, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California